# NO. 12-23-00271-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *APPLIED CONSULTANTS, INC., A TEXAS CORPORATION, APPELLANT* | *§* | *APPEAL FROM THE 188TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *BTH BANK, NATIONAL ASSOCIATION, A NATIONAL BANKING ASSOCIATION, APPELLEE* | *§* | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

Applied Consultants, Inc., a Texas Corporation filed a notice of appeal on October 20, 2023. On October 23, the Clerk of this Court notified Appellant that the notice of appeal failed to contain the information specifically required by Section 51.017(a) of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record). The notice warned that, unless Appellant filed a proper notice of appeal on or before November 22, the appeal would be referred to the Court for dismissal. This deadline passed and Appellant has not filed a compliant notice of appeal or other response to this Court's notice.

Because Appellant failed, after notice, to comply with Section 51.017(a), the appeal is *dismissed*. *See* TEX. R. APP. P. 42.3(c) (on its own initiative after giving ten days' notice to all parties, appellate court may dismiss appeal if appeal is subject to dismissal because appellant

failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered November 30, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

NOVEMBER 30, 2023

NO. 12-23-00271-CV

**APPLIED CONSULTANTS, INC., A TEXAS CORPORATION,**
Appellant
V.
**BTH BANK, NATIONAL ASSOCIATION, A NATIONAL BANKING ASSOCIATION,**
Appellee

Appeal from the 188th District Court
of Gregg County, Texas (Tr.Ct.No. 2022-216-A)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*